Submitted on remand from the Oregon Supreme Court January 20, affirmed
March 22, 1995

In the Matter of the Compensation of
Deborah K. Atchley, Claimant.

SAIF CORPORATION
and Centennial Medical,
*Petitioners,*

*v.*

Deborah K. ATCHLEY,
*Respondent.*

(91-05626; CA A76029)

891 P2d 1385

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and David L. Runner, Assistant Attorney General, filed the supplemental brief for petitioners.

James L. Edmunson and Malagon, Moore, Johnson & Jensen filed the supplemental brief for respondent.

Before Riggs, Presiding Judge, and Richardson, Chief Judge, and Leeson, Judge.

PER CURIAM

## PER CURIAM

This case is on remand from the Supreme Court for reconsideration. *SAIF v. Atchley*, 320 Or 405, 884 P2d 867 (1994). The Board's order awarded claimant attorney fees for SAIF's late payment of claimant's medical services claim. SAIF concedes that in the light of *SAIF v. Allen*, 320 Or 192, 881 P2d 773 (1994), claimant is entitled to attorney fees under ORS 656.386(1), because its late payment of claimant's medical services claim constituted a *de facto* denial and the record does not establish that the denial was limited to the amount of compensation due.

Affirmed.